IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cr-458-WKW-WC |
| | ) | |
| CHARLES BENNETT SALTER, III | ) | |

**MOTION FOR DETENTION**

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. § 3142(e) and (f) moves for detention for the above-captioned defendant.

1.  **Eligibility of Cases**

    This case is eligible for a detention order because this case involves:

    | | |
    |---|---|
    | _____ | crime of violence (18 U.S.C. § 3156) |
    | _____ | 10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B)) |
    | _____ | Maximum sentence of life imprisonment or death |
    | _____ | 10 + year drug offense |
    | _____ | Felony, with two prior convictions in the above categories |
    | __X__ | Felony involving a minor victim |
    | _____ | Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon |
    | _____ | Failure to register as a sex offender (18 U.S.C. § 2250) |
    | __X__ | Serious risk the defendant will flee |
    | _____ | Serious risk of obstruction of justice |

2. **Reason for Detention**

The Court should detain defendant because there are no conditions of release which will reasonably assure:

    X       Defendant's appearance as required

    X       Safety of any other person and the community

3. **Rebuttable Presumption**

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

           Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described.

           Probable cause to believe defendant committed 10 + year drug offense.

           Probable cause to believe defendant committed an offense in which a firearm was used or carried under Section 924(c).

           Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a).

           Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)).

    X       Probable cause to believe defendant committed an offense involving a minor victim under 18 U.S.C. § 2252A(a)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing:

           At the initial appearance

    X       After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated this 16th day of December, 2019.

                                                  Respectfully Submitted,

                                                  LOUIS V. FRANKLIN, SR.
                                                  UNITED STATES ATTORNEY

                                                  */s/ Russell T. Duraski*
                                                  RUSSELL T. DURASKI
                                                  131 Clayton Street
                                                  Montgomery, AL 36104
                                                  Phone: (334) 223-7280
                                                  Fax: (334) 223-7135
                                                  E-mail: Russell.Duraski@usdoj.gov