# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 2:19-cr-458-WKW-WC** |
| ) | |
| **CHARLES BENNETT SALTER, III** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**CHARLES BENNETT SALTER, III**, through Undersigned Counsel, Sandi Y. Irwin, notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Mr. Salter waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 9th day of March, 2020.

Respectfully submitted,

**s/ Sandi Y. Irwin**
**SANDI Y. IRWIN**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 2:19-cr-458-WKW-WC** |
| ) | |
| **CHARLES BENNETT SALTER, III** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Sandi Y. Irwin**
**SANDI Y. IRWIN**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Sandi_Irwin@fd.org