IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:19-cr-458-WKW-WC |
| ) | |
| CHARLES BENNETT SALTER, III ) | |

### CONSENT TO CONDUCT CHANGE OF PLEA HEARING BY VIDEO TELECONFERENCE

Due to the outbreak of Coronavirus Disease 2019 (COVID-19), which has resulted in the Coronavirus Aid, Relief, and Economic Security Act, H.R. 749 (the CARES Act) permitting certain criminal proceedings by video or audio conference and a General Order by Chief Judge Emily C. Marks authorizing felony pleas under Federal Rule of Criminal Procedure 11 to be conducted by video conference or telephonic conference, **CHARLES BENNETT SALTER, III,** waives his right to attend his change of plea hearing set for May 20, 2020, in person. Mr. Salter further consents to hold the change of plea hearing by video teleconference. Proceeding by video teleconference serves the ends of justice in this particular case by permitting Mr. Salter to offer his plea to the Court without the unprecedented and unacceptable health risk that appearing in person would pose to Mr. Salter, the attorneys, the personnel required to transport Mr. Salter to and from court, and this Honorable Court and its staff.

_____          5-14-20
**CHARLES BENNETT SALTER, III**          DATE

Respectfully submitted this 14th day of May 2020.

        **s/ Sandi Y. Irwin**
        **SANDI Y. IRWIN**
        Bar No.: CA292946
        Federal Defenders
        Middle District of Alabama
        817 South Court Street
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Sandi_Irwin@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:19-cr-458-WKW-WC |
| | ) | |
| **CHARLES BENNETT SALTER, III** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                          Respectfully submitted,

                                                          **s/ Sandi Y. Irwin**
                                                          **SANDI Y. IRWIN**
                                                          Bar No.: CA292946
                                                          Federal Defenders
                                                          Middle District of Alabama
                                                          817 South Court Street
                                                          Montgomery, AL 36104
                                                          TEL: (334) 834-2099
                                                          FAX: (334) 834-0353
                                                          E-Mail: Sandi_Irwin@fd.org